UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

YOMAREL JUSTINIANO,

    Plaintiff,

v.                                        Case No:   6:21-cv-875-GAP-LRH

CHAPTER 4 CORP. and
DELUXE DISTRIBUTION

    Defendants.

## ORDER

This cause comes before the Court on S.F. Deluxe Productions, Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(2) (Doc. 20), filed August 12, 2021.

On December 23, 2021, the United States Magistrate Judge issued a report (Doc. 38) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. S.F. Deluxe Productions, Inc.'s ("Deluxe") Motion to Dismiss Pursuant to Rule 12(b)(2) is **GRANTED**.

3. Plaintiff's Complaint against Deluxe is **DISMISSED** for lack of personal jurisdiction.

4. The Clerk is directed to terminate Deluxe Distribution as a defendant in this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 10, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party